# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT CRAWFORD,

          Plaintiff,

  vs.

CAROLYN W. COLVIN,

          Defendant.

Case No.:  2:16-cv-01725-GMN-VCF

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE FERENBACH**

Before the Court for consideration is the Report and Recommendation, (ECF No. 16), of the Honorable Cam Ferenbach, United States Magistrate Judge, entered October 7, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by December 5, 2016.  On January 18, 2017, the Court extended the deadline to file an objection to February 1, 2017.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that the Court grant Defendant's Motion to Dismiss, (ECF No. 5), and deny Plaintiff's Motion for Default, (ECF No. 11).  Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 16),
2 is **ACCEPTED and ADOPTED in full**.

3 **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (ECF No. 5),
4 **GRANTED**.  Plaintiff's Complaint is **DISMISSED without prejudice.**

5 **IT IS FURTHER ORDERED** that Plaintiff's Motion for Default, (ECF No. 11),
6 **DENIED**.

7 The Clerk shall close the case and enter judgment accordingly.

8 **DATED** this __28__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court